JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GILLASPY,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN E. FIELDING, LOS ANGELES COUNTY FIRE PROTECTION DISTRICT, P. MICHAEL FREEMAN, JESUS BURCIAGA, WILLIAM JONES, ROXANNE BENIVEDES-ORTEGA, ALYSSA SERDENGECTI, JAN STIGLITZ, DAVID YAFFE, ORVILLE ARMSTRONG, SANDY KRIEGLER, PAUL TURNER,<br><br>    Defendants. | Case No.: CV 10-2128 DSF (PJWx)<br><br>JUDGMENT |

With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that his claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1 | Dated: __11/16/10__          _____
2 |                                    Dale S. Fischer
   |                              United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28